UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-24285-CIV-ALTONAGA/O'Sullivan

BOB CADEAU,

    Plaintiff,

v.

SENIOR HEALTH-TREASURE ISLE, LLC,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Amended Joint Motion to Approve FLSA Settlement . . . ("Motion") [ECF No. 74], filed July 30, 2015. The parties have settled this case, filed under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. section 201 *et seq.*, and seek the Court's approval of the Settlement Agreement and General Release [ECF No. 74-2] entered into between Defendant, Senior Health-Treasure Isle, LLC, and Plaintiff, Bob Cadeau. (*See generally* Mot.). Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorney's fees, the Court finds that settlement of this action is fair and reasonable and that the requested fee is fair and reasonable and not grossly excessive. Being fully advised, it is

    **ORDERED AND ADJUDGED** as follows:

1. The Motion **[ECF No. 74]** is **GRANTED**.

2. The Settlement Agreement and General Release **[ECF No. 74-2]** entered into between Defendant, Senior Health-Treasure Isle, LLC, and Plaintiff, Bob Cadeau, which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

CASE NO. 14-24285-CIV-ALTONAGA/O'Sullivan

3. This case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees except as otherwise agreed.

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

5. All pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 31st day of July, 2015.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record